[Nos. 21726-4-III; 22078-8-III.   Division Three.   March 4, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. RAYNALDO JAIME, *Appellant*.

*In the Matter of the Personal Restraint of* RAYNALDO JAIME, *Petitioner*.

Appeal from a judgment of the Superior Court for Spokane County, No. 92-1-01565-1, Tari S. Eitzen, J., entered December 11, 2002, together with a petition for relief from personal restraint. Judgment *affirmed* and petition *denied* by unpublished opinion per Schultheis, J., concurred in by Brown, C.J., and Sweeney, J.

[No. 21896-1-III.   Division Three.   March 4, 2004.]

CAROL ANN BONNICKSEN, ET AL., *Appellants*, v. SEARS, ROEBUCK & Co., *Respondent*.

Appeal from a judgment of the Superior Court for Douglas County, No. 02-2-00029-8, John Hotchkiss, J., entered March 14, 2003. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Brown, C.J., and Kurtz, J.

[No. 49282-9-I.   Division One.   March 8, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL HENRY PETERS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 00-1-10284-1, Charles W. Mertel, J., entered August 31, 2001. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Coleman and Agid, JJ.